# UNITED STATES DISTRICT COURT
## Western District of Tennessee

United States of America

v.

James T. Hughes
Lana T. Lewis

Case No. 05-10095-T

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
## UNDER THE SPEEDY TRIAL ACT

Counsel for the defendants have requested a continuance of the arraignment date previously set for December 5, 2005. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(3)(B)(8)(a), a defendant may be granted a period of excludable delay if the court determines the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that the time period of December 5, 2005, through December 19, 2005, be excluded from the time limits imposed by the Speedy Trial Act for trial of this case.

This 2nd day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or Rule 32(b) FRCrP on _____

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 1:05-CR-10095 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Houston Gordon
LAW OFFICE OF HOUSTON GORDON
Hotel Lindo Bldg
114 Liberty Ave. West
Covington, TN 38019

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable James Todd
US DISTRICT COURT